# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of April, two thousand twenty-three.

_____

E. Jean Carroll,

    Plaintiff - Appellee,

v.

Donald J. Trump, in his personal capacity,

    Defendant - Appellant,

United States of America,

    Movant - Appellant.

_____

**ORDER**

Docket Nos. 20-3977(L), 20-3978(Con)

    Friedrich Lu's motion to file an amicus brief was denied on December 1, 2022. As a non-party his papers dated April 19, 2023 are hereby returned to him.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

